# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GARY A. PUDLES, | : No. 392 MAL 2019 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| PETER SEMLER AND CAPITOL INTELLIGENCE GROUP, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.